[No. 32307-9-II.  Division Two.  November 22, 2005.]

JOHNSON FORESTRY CONTRACTING, INC., *Appellant*, v. THE
DEPARTMENT OF NATURAL RESOURCES, *Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 03-2-01856-0, Gary Tabor, J., entered
September 24, 2004. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and
Hunt, J. Now published at 131 Wn. App. 13.

[No. 32479-2-II.  Division Two.  November 22, 2005.]

LAURAINE B. DEVINE, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 02-2-00723-8, M. Karlynn Haberly, J., entered
November 3, 2004. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 22421-0-III.  Division Three.  November 22, 2005.]

ROSA E. MENDOZA, *Appellant*, v. FARMERS INSURANCE COMPANY
OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 02-2-02444-0, Michael W. Leavitt, J., entered
August 29, 2003. *Reversed* by unpublished opinion per
Schultheis, J., concurred in by Sweeney, A.C.J., and
Brown, J.

[No. 22845-2-III.  Division Three.  November 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNITH E.
DURFEE, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-1-02520-1, Kathleen M. O'Connor, J.,
entered February 19, 2004. *Affirmed in part* and *remanded*
by unpublished opinion per Kato, C.J., concurred in by
Sweeney and Brown, JJ.